## Rabinowitz, Appellant, v. Kenah.

*Appeals—Statement of question involved—Paper-books—Non-pros.*

Where an appellant fails to print in his paper-book a statement of the question involved, the appeal will be non-prossed. The rule as to such statement is in the highest degree mandatory, and admits of no exception.

Argued May 14, 1906. Appeal, No. 142, April T., 1906, by plaintiff, from judgment of C. P. Beaver Co., Dec. T., 1905, No. 24, on case stated in suit of Samuel J. Rabinowitz v. William H. Kenah, trading as Kenah Bros. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY, HEAD and BEAVER, JJ. Appeal non-prossed.

Case stated in ejectment. Before WILSON, P. J.

*Error assigned* was the judgment of the court.

The paper-book of the appellant did not contain a statement of the question involved.

*Harry Calhoon*, for appellant.

*William B. Cuthbertson*, with him *Frank E. Reader*, for appellee.

PER CURIAM, June 30, 1906:

A consideration of this case has led us all to the conclusion that it was correctly decided in the court below for the reasons given in the opinion filed. If, therefore, the rule of our court as to statement of questions involved had been complied with, the judgment would be affirmed. But there was total failure to comply with the rule. And it is declared to be "in the highest degree mandatory and admitting no exception." We could not refuse to enforce it without self-stultification; fortunately no injustice will result from its enforcement.

The appeal is non-prossed, costs to be paid by the appellant.